**Mahamadou Daffe**

[redacted]

re: Docket: 13cr150

Honorable Judge Naomi Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 10007

Application denied. **So ordered.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
November 19, 2020

Honorable Judge Buchwald:

Your honor I am very respectfully writing you in regard to a request to visit my family overseas. The basis for my request is that I have not seen my first-born son Toumani Mahamadou Daffe since he was two months old. His mother Kade Doucoure has been denied a visa so he couldn't come and visit me. I lost my grandmother when I was on pre-trial in 2013, and my father passed away on February 27, 2018 while I was still incarcerated. My entire family is back home, and I haven't seen my only sister Fatima Daffe since 2012. I've been incarcerated from November 2013 to October 2019 so I would like to go back home to Mali for two to three months. I am seeking closure for the losses of all of my loved ones as well as to try to reconnect with them after all the time that we spent apart. The difference between my situation and most people situation is that they had their immediate family here in the US, but I did not. I very respectfully seek, for my emotional and spiritual well-being, to reconnect with my family and get that sense of closure I need after the experience of being incarcerated. I suffered many losses as result of my incarceration and even though I cannot get them back I need to be there with my loved ones and try to rebuild. My mother is getting older and I know she would love me around especially since she was my main support during my incarceration. I have not had any issues on probation and I'm doing my best to readjust to society as well successfully. I very humbly ask you to grant me this allowance so that I can further the process of rebuilding my life and my connections to society and to my family. Being an African man our sense of family connection is vital to our culture. Please let me know and let me know any other documents or preparations I may need to submit in support of this request. Thank you for your consideration your Honor.

Respectfully,

Mahamadou Daffe
*[signature]*